IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODRIZGUS RICHARDSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2073

Opinion filed December 11, 2014.

An appeal from the Circuit Court for Leon County.
Frank Sheffield, Judge.

Martin L. Black, Hunter & Associates, P.A., Tallahassee, and Jeffrey E. Lewis, General Counsel and Melissa J. Ford, Assistant Conflict Counsel, Office of Criminal Conflict, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Justin D. Chapman, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.